IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Beckley Division

DIANA STANLEY, individually and on behalf
all others similarly situated,

          PLAINTIFF

V.

          CIVIL ACTION NO. 5:17-cv-04262
          *Judge Irene C. Berger*

CLEARSPRING LOAN SERVICES, INC.,
presently known as SORTIS FINANCIAL, INC., and
DIVERSE FUNDING ASSOCIATES, LLC,

          DEFENDANTS

## AGREED ORDER OF DISMISSAL

This day came the Plaintiff, Diana Stanley, by and through her counsel, Ralph C. Young, and the Defendants, by its counsel, Jason E. Manning, and stated that all matters in controversy herein have been compromised, settled and agreed, and moved the Court to dismiss this action with prejudice against said Defendants.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that this civil action be dismissed with prejudice and stricken from the docket.

It is further **ORDERED** that the Clerk of this Court mail a certified copy of this Order to counsel of record.

**ENTERED** this the 28th day of June, 2018

          /s/ Irene C. Berger
          IRENE C. BERGER
          UNITED STATES DISTRICT JUDGE
          SOUTHERN DISTRICT OF WEST VIRGINIA

**PREPARED BY:**

/s/ Ralph C. Young
Ralph C. Young *(WV Bar 4176)*
Hamilton, Burgess, Young & Pollard, *pllc*
P. O. Box 959
Fayetteville, WV  25840
*Counsel for Plaintiff*

**APPROVED BY:**

/s/ Jason E. Manning
Jason E. Manning *(WV Bar 11277)*
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
*Counsel for Defendants*